**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>PAUL A BARNHART<br>PATRICIA J BARNHART<br>Debtor(s) | Case No. 15-24977 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/22/2015.

2) The plan was confirmed on 09/22/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 12/17/2018.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 41.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $32,600.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $32,600.00

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,461.68 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,461.68

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 21ST CENTURY INSURANCE | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| ABC FINANCIAL SERVICES | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| AIT LABS | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Allied Int | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ASHRAF ABOURAHAMA MD | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| At & T | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| Belmar Physicians PC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| BUSCHBACH INS AGENCY | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NATIONAL ASSOC | Unsecured | 815.00 | 812.56 | 812.56 | 0.00 | 0.00 |
| CARDIAC BILLING SERVICES | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CARDIOLOGY MEDICAL GROUP | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| CENTURY EAR NOSE & THROAT | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 800.00 | 972.00 | 972.00 | 0.00 | 0.00 |
| CITY OF CHICAGO EMS | Unsecured | 150.00 | 125.44 | 125.44 | 0.00 | 0.00 |
| CITY OF HOMETOWN | Unsecured | 300.00 | 5,155.00 | 5,155.00 | 0.00 | 0.00 |
| CLERK FIRST MUN DIV | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| CONSULTANTS IN CLINICAL PATH | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CORTRUST BANK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT CO | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CRESCENT BANK & TRUST | Unsecured | 13,550.00 | NA | NA | 0.00 | 0.00 |
| DAN PAUL | Unsecured | 4,600.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV LLC | Unsecured | 850.00 | 806.83 | 806.83 | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| EVERGREEN EMERGENCY SERVICES | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GREAT AMERICAN FINANCE | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 600.00 | 557.14 | 557.14 | 0.00 | 0.00 |
| HBLC INC | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| HINSDALE HOSPITAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| HOLY CROSS HOSPITAL | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| HOMETOWN FIRE PROTECTION DIST | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | 200.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 2,200.00 | 2,124.44 | 2,124.44 | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 4,200.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 8,700.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 15,200.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 19,700.00 | 19,188.93 | 19,188.93 | 15,366.75 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 4,000.00 | 8,739.04 | 3,750.00 | 2,709.63 | 205.46 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 63,868.36 | 68,857.40 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 15,200.00 | NA | NA | 0.00 | 0.00 |
| J C PENNEY | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| LCMH Hospital Group | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| LITTLE COMPANY OF MARY HOSP | Unsecured | 1,550.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA MEDICAL PLAN | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIV MED CENTER | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MEDICAL CNT | Unsecured | 300.00 | 271.27 | 271.27 | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MEDICAL CNT | Unsecured | 5.00 | 96.52 | 96.52 | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ORTHOPAEDIC CONSULTA | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ORTHOPAEDICS AT RUSH | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 115.00 | 115.14 | 115.14 | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NOVAMED SURGERY CENTER OF OA | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| OVERLAND BOND & INVESTMENT | Secured | 18,000.00 | NA | NA | 0.00 | 0.00 |
| OVERLAND BOND & INVESTMENT | Unsecured | 3,900.00 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| PIOTROWSKI MD SC | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 11,500.00 | NA | NA | 0.00 | 0.00 |
| PREFERRED OPEN MRI | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| PRIMARY HEALTH ASSOCIATES PC | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Specialists LTD | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Secured | 9,300.00 | 9,316.01 | 9,300.00 | 8,029.05 | 827.43 |
| REGIONAL ACCEPTANCE CORP | Unsecured | NA | 530.00 | 530.00 | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Unsecured | NA | 0.00 | 16.01 | 0.00 | 0.00 |
| RENATA VARIZKOJIS MDSC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| RUSH SURGICENTER | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| SINAI MEDICAL GROUP | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST HEAD & NECK ASSOC | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | NA | 7,878.30 | 7,878.30 | 0.00 | 0.00 |
| T MOBILE | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| TARGET | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| The Cardiology Group, LLC | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| TOTAL HOME HEALTH | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENT | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TRIBUTE | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES INC | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY ANESTHESIOLOGISTS | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY ANESTHESIOLOGISTS | Unsecured | 51.00 | 51.00 | 51.00 | 0.00 | 0.00 |
| US BANK NA | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 9,500.00 | 9,931.07 | 9,931.07 | 0.00 | 0.00 |
| VALUE CITY | Unsecured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| Verizon | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT OF IL | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,300.00 | $8,029.05 | $827.43 |
| All Other Secured | $3,750.00 | $2,709.63 | $205.46 |
| **TOTAL SECURED:** | **$13,050.00** | **$10,738.68** | **$1,032.89** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $19,188.93 | $15,366.75 | $0.00 |
| **TOTAL PRIORITY:** | **$19,188.93** | **$15,366.75** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$98,300.12** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,461.68 |
| Disbursements to Creditors | $27,138.32 |
| **TOTAL DISBURSEMENTS:** | **$32,600.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/27/2018                              By: /s/ Tom Vaughn
                                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**